UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

November 9, 2016

MEMO TO COUNSEL RE:   Woodrow Malone v. Precision Shooting
                     Civil No. JFM-15-3741

Dear Counsel:

     A hearing on the pending motion for summary judgment will be held by telephone on November 29, 2016 at 10:00 am. I ask counsel for plaintiff to make the necessary arrangements for the telephone conference. I will have a court reporter in chambers.

     Very truly yours,

     /s/

     J. Frederick Motz
     United States District Judge